Decided May 31, 2011

ANTHONY GOODEN *v.* COMMISSIONER OF CORRECTION

The petitioner Anthony Gooden's petition for certification for appeal from the Appellate Court, 127 Conn. App. 662 (AC 31306), is denied.

*Charles F. Willson*, special public defender, in support of the petition.

*Laurie N. Feldman,* special deputy assistant state's attorney, in opposition.

Decided May 31, 2011